FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 AUG 18 PM 4:54

JEFFREY P. COLWELL
CLERK

BY_________DEP. CLK

| | |
|---|---|
| **Court:** District County<br>Colorado County: Denver_<br>Mailing Address: **901 19th st, Denver, CO 80294** | |
| **Parties to the Case:**<br>Plaintiff/Petitioner: GS HOLISTIC, LLC_____<br>&<br>Defendant/Respondent: ANIL RODRIGUES, PARAMATHMA INC | *This box is for court use only.* |
| **Filed by:**<br>Name: **ROBERT TAYLOR**<br>Mailing Address: **10890 E Dartmouth Ave, Denver, CO 80014**<br>Phone **720.948.5905** Fax: ___<br>Email: **royalsmoke25@gmail.com** Bar Number: ___<br>(For lawyers) | Case<br>Number: 1:23-CV-1829-SP_______<br>Division: _______<br>Courtroom: _____ |

# Motion to/for Dismissal___

**1. Other Parties Response**

I checked to see if the other parties agree with my request. They:

Agree. Disagree. Did Not Respond. (circled)

Other: _____.

**2. My Request**

I want the Court to:

______ **Dismiss this case with prejudice for insufficient process and/or for no damages having been done to the Plaintiff by PARAMATHMA INC**

**3. Discussion**

The Court should grant my request, because:

______ **This complaint is fundamentally flawed and should be tossed out because the party cited in the complaint filed, ANIL RODRIGUES, is no longer involved with the entity, PARAMATHMA INC; thus deeming an**

**insufficiency of process due to the plaintiff's failure to sue someone who is a necessary party.**

**Furthemore, as manager of said entity, I can confirm that the owner of PARAMATHMA INC never knew of the purchases of the alleged counterfeit items as I am the one who made the only purchase of which, and was apparanly deceived by the vendor as to their authenticity.**

**As only two items were purchased, one of which then selling to the plaintiff for half-off the listed price ($400) by mistake from a new employee, thus rendering zero profit on that sale. The other has not been sold, but has been removed from the shelf and is ready to be turned over if necessary (if it also is determined to be counterfeit). Should then, this not therefore equate to zero damages done?**

Date: 8-18-2023

Respectfully Submitted,

Robert Taylor
Paramathma Inc.

**4. Certificate of Service**

I certify that on 8.18.2023, I gave a copy of this document to the other parties by:

Regular Mail, addressed to:

Christina Gilbertson,

Gilbertson Law Office

1096 Cryolite Place

Castle Rock, CO 80108

**5. Sign & Date**

Name: ______**ROBERT TAYLOR**

Signature

Date: 8.18.2023