UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

23-cv-1829-RMP

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 26 2026
JEFFREY P. COLWELL
CLERK

#49

quadient
FIRST-CLASS MAIL
IMI
$000.74º
01/08/2026 ZIP 80294
043M31245131
US POSTAGE

Arshia Taylor
10890 E. C[illegible]
Aurora, Co[illegible]

NIXIE 850 DE 1 0001/21/26
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

NSN BC: 80294358999 *0420-07484-08-45

80294>3589

80013837058C019

9337000781159901