**UNITED STATES DISTRICT COURT**
**DISTRICT COLORADO**

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Paramathma Inc., et al,<br><br>Defendants, | Case No. 1:23-CV-01829-RMR-NRN |

## Status Report

Per this Court's Order on December 23, 2025 [DE 43], Plaintiff submits this status report. Undersigned counsel Eddy Leal will be lead counsel in the above-listed case. Defendants are unrepresented by counsel. As of the date of this status report, it appears that Defendants have filed no Answer. Once the stay is lifted, Plaintiff is prepared to file a motion for clerk default to continue prosecuting the case. Below are updated Plaintiff's Rule 26(a)(1) disclosures.

## PLAINTIFF'S RULE 26(a)(1) DISCLOSURES

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned attorney and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and this Court's Order, hereby provides the following initial disclosures:

**A. The name and, if known, the address of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

**DISCLOSURE:**

1. Christopher Folkerts
   c/o Eddy Leal P.A
   777 Brickell Ave, Suite 500
   Miami, FL 33131
   (305) 979-3900
   el@leallegal.com

Mr. Folkerts is the Chief Executive Officer of the Plaintiff, GS HOLISTIC, LLC.

2. Gabriel Alvarez
   c/o Eddy Leal P.A
   777 Brickell Ave, Suite 500
   Miami, FL 33131
   (305) 979-3900
   el@leallegal.com

Mr. Folkerts is the Chief Financial Officer of the Plaintiff, GS HOLISTIC, LLC.

3. John Neuman
   c/o Eddy Leal P.A
   777 Brickell Ave, Suite 500
   Miami, FL 33131
   (305) 979-3900
   el@leallegal.com

John Neuman is the Private Investigator in this case and will testify as to the facts and events alleged in the Plaintiff's Complaint, specifically focused on the Defendants' sale of counterfeit Studenglass Products.

4. Brian Malamut
   c/o Eddy Leal P.A
   777 Brickell Ave, Suite 500
   Miami, FL 33131

(305) 979-3900
el@leallegal.com

Brian Malamut is the Private Investigator in this case and will testify as to the facts and events alleged in the Plaintiff's Complaint, specifically focused on the Defendants' sale of counterfeit Studenglass Products.

5. All individuals disclosed by the Defendants.

The Plaintiff reserves the right to supplement this initial disclosure with additional individuals as they are discovered during the course of discovery.

**A. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

**DISCLOSURE:**

1. Photos from an investigation in Defendant's store.

2. Counterfeit item purchased from Defendant's store.

3. All applicable trademarks owned by the Plaintiff, as listed in the Complaint filed with this Court.

The Plaintiff reserves the right to amend this response based on responses to discovery.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature**

**and extent of injuries suffered.**

**DISCLOSURE:**

The Plaintiff's anticipated damages at the time of these disclosures are $200,000.00 x 3 (number of marks) plus costs.

The Plaintiff reserves the right to amend these anticipated damages and/or provide documentation to support this claim based on responses to discovery.

**D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**DISCLOSURE:**

There is no insurance agreement with the Plaintiff which would be applicable in this matter.

The Plaintiff reserves the right to amend this Disclosure as additional information is discovered by it or when discovery is conducted.

Dated: February 4, 2026

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 3, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

## SERVICE LIST

Defendants Paramathma, Inc
10890 E Dartmouth Ave, Suite 10-A
Denver, CO 80014
*Pro Se Defendant*

Anil Rodriguez
10890 E Dartmouth Ave, Suite 10-A
Denver, CO 80014
*Pro Se Defendant*