**UNITED STATES DISTRICT COURT**
**DISTRICT COLORADO**

GS HOLISTIC, LLC,

Plaintiff,

v.

Paramathma Inc., et al,

Defendants,

Case No. 1:23-CV-01829-RMR-NRN

**PLAINTIFF'S CERTIFICATION**

The Plaintiff, GS HOLISTIC, LLC, Pursuant to the Court's directive at the status conference held on February 5, 2026, undersigned counsel indicates that the Defendants failed to appear at the status conference. Undersigned counsel further certifies that notice regarding the status conference was provided to Defendants on December 29, 2026 (DE 46), January 16, 2026 (DE 56) and January 29, 2026 (DE 59).

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 5, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030