UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ UNITED STATES COURTHOUSE
901 19TH STREET
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$000.74
01/13/2026 ZIP 80294
043M31245131
US POSTAGE

23-cv-1829-RMR

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

#53 FEB 09 2026

JEFFREY P. COLWELL
CLERK

Robert Taylor
10890 E. Dartmouth Av
Denver, C

NIXIE 850 DE 1 0002/06/26
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250099 *0420-03779-14-46

FEW
UTF
80294250099
80014484845