**UNITED STATES DISTRICT COURT**
**DISTRICT COLORADO**

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>Paramathma Inc., et al,<br><br>      Defendants, | Case No. 1:23-CV-01829-RMR-NRN<br><br><br>**CERTIFICATE OF SERVICE** |

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby certifies that on February 14, 2026, the Minute Order [DE 63] was mailed via Certified Mail to the Defendants Paramathma, Inc and Anil Rodriguez at 10890 E Dartmouth Ave, Suite 10-A, Denver, CO 80014.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
      Eddy Leal, Esq.
      Florida Bar No. 96030

*Attorney for GS Holistic LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this February 14, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030