**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10:15 am, Feb 19, 2026
**JEFFREY P. COLWELL, CLERK**

Hello Sir/ Madam,

My name is Arshia Taylor. I am writing regarding case #1:23-cv-01829-RMR-NRN, representing Paramathma Inc. First, I truly want to apologize for not appearing at the Feb 5th, 2026, conference. I didn't receive the information about appearing in the court in a timely manner and I didn't receive any certified mail until yesterday evening Feb 17, 2026. I didn't even know that there was an Order to show cause ordered on Dec 23, 2025. I called the court today and I found out that the mailing address was wrong in the court system, that's why I couldn't receive any mail. The manager of the business applied for Motion to dismiss in September of 2023, and the address was mixed up with my house and my business. I have the USPS app that tells me what mail I am going to receive, and it showed something from the court, but I didn't know what it was as it wasn't being delivered. I called the court in the middle of Jan 2026 to find out what's going on, and I was told I should register online to find out if there is any case. I did so and was receiving emails about another case related to this and that the plaintiff lost their representation. However, my email got hacked so I was having a hard time recovering ownership of the account. I got one email recently, but it wouldn't load and I could no longer open it after so I'm not sure about its contents. I just received a copy of certified mail on Feb 17th informing me that the 18th was when I had to explain my absence at the Feb 5th hearing. I hope this explanation is sufficient for the court to understand why I was not at said hearing.

Sincerely,

Arshia Taylor

Paramathma Inc.